# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Alramahi, Kirsten, Case No.: 26-40757

Debtor(s). Chapter 13 Case

---

## NOTICE OF MOTION AND MOTION FOR COMPENSATION BY ATTORNEY FOR DEBTOR(S) IN CHAPTER 13 CASE

---

To: The debtors, and other entities specified in the applicable Federal Rules of Bankruptcy Procedure and Local Rule 9013-2.

1. Sarah Juberian, movant, gives notice of hearing and pursuant to Fed.R.Bankr.P. 2016 and Local Bankruptcy Rule 2016-1, moves the Court for allowance of fees for professional services and reimbursement of expenses.

2. The Court will hold a hearing on this motion on Tuesday, October 20, 2026 at 9:30 AM, in Courtroom 7 West, United States Courthouse, 300 Sourth Fourth St, MN, 55415, Minnesota 55415, before the Honorable William J. Fisher.

3. Any objection to this motion must be filed and served no later than Tuesday, October 13, 2026, which is seven days before the hearing including Saturdays, Sundays, and holidays. UNLESS AN OBJECTION TO THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. The Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334; Fed.R.Bankr.P. 5005 and 2016, and Local Rule 2016. This is a core proceeding. This Application arises under 11 U.S.C. §§ 330 and 331.

5. This petition commencing this case was filed 03/06/2026. The debtor's Chapter 13 Plan has not been confirmed. This case has been dismissed but is not closed yet.

6. The debtor's chapter 13 case was dismissed for failure to make plan payments on 09/17/2026.

7. The trustee has $776.34 on hand from undisbursed funds.

8. Movant seeks allowance of fees and reimbursement of expenses for both pre-filing and post-filing work based on services rendered from December 23, 2025 until September 17, 2026, the total of which is laid forth immediately below and a detailed

timesheet for which is attached to this motion as Exhibit A.

| **Time and Fees** | | time | rate | total |
|---|---|---|---|---|
| | Attorney | 2.2 | x $350/hour= | $770 |
| | Paralegal | 3.9 | x $175/hour= | $682.50 |
| | Legal Assistant | 2.0 | x $75/hour= | $150 |
| | Filing Fee | (expense) | $313 | $313 |
| | Credit counseling | (expense) | $15 | $15 |

9. The requested fees and expenses constitute reasonable compensation for actual, necessary services rendered by the movant and actual, necessary expenses incurred on behalf of the Debtor(s). The hourly rates of $350.00 per hour for attorneys' fees, $175.00 per hour for paralegal fees, and $75.00 per hour for legal assistant fees are reasonable and comparable to rates charged by other bankruptcy counsel in similar chapter 13 cases.

10. The total amount of all compensation and expenses is $1,930.50. The debtor has paid the movant the sum of $0 as of September 24, 2026. The debtor owes the movant the sum of $1,930.50.

11. The movant has applied for fees and/or expenses based on a flat fee retainer in the case as follows:

| Date of Application | Amount | Date of Order | Amount Allowed | Paid to Date |
|---|---|---|---|---|
| March 6, 2026 | $4,346 | None | $0 | $0 |

12. The movant is unaware of any unpaid administrative expenses other than the Chapter 13 Trustee's fee.

13. The movant has not shared or agreed to share with any other person, other than the members of this movant's law firm, any compensation paid or to be paid in this case.

REMAINDER LEFT BLANK

WHEREFORE, the movant requests the Court to enter an Order as follows:

1. Movant is awarded $1,602.50 for total compensation and $328.00 for reimbursement of expenses;

2. If no plan is confirmed, authorizing the Chapter 13 Trustee to disburse to movant from funds on hand, funds in the amount of the fees and expenses allowed there under.

Dated: MM/dd/yyyy

X Sarah Juberian

Sarah Juberian
Attorney Bar. No.: 0506066
4355 Nicollet Avenue South
Minneapolis, MN 55409
T: (612) 824-4357
sarah@bankruptcytruth.com

Attorneys for Debtor(s).

**EXHIBIT A**
**TIMESHEET**
**In Re: Alramahi, Kirsten (26-40757)**

| Date | Time Keeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/23/2025 | Attorney SAJ | Initial consultation to review facts, discuss client objectives, determine legal strategy, explain the process and effects of bankruptcy | 1.0 | No Charge |
| 12/30/2025 | Attorney SAJ | Telephone conversation with debtor regarding strategy and process. Conduct asset and judgment searches, pulled and reviewed credit report. Emails to debtor regarding paperwork. | 1.0 | $350 |
| 12/31/2025 | Legal Assistant JA | Prepared creditor list for petition, emailed list to debtor for confirmation | 0.5 | $37.50 |
| 01/06/2026 | Paralegal AR | Received and reviewed documents from debtor. Prepared schedules for filing. Telephone call with debtor to discuss remaining documents needed to finalize paperwork | 1.5 | $262.50 |
| 2/11/2026 | Paralegal AR | Telephone call with debtor to review petition, schedules, statements and chapter 13 plan with debtor. Discussed bankruptcy next steps and procedure. Discussed final remaining documents still needed | 1.0 | $131.25 |

| | | | | |
|---|---|---|---|---|
| | | from debtor. | | |
| 2/17/2026 | Paralegal AR | Telephone call with client to discuss status. | .2 | $35 |
| 3/6/2026 | Paralegal AR | Final review of all schedules, statements, and documents with debtor | .5 | $87.50 |
| 3/6/2026 | Attorney EM | Reviewed petition, schedules, statements, and finalized chapter 13 plan for filing, filed case with court. | .2 | $70 |
| 3/23/2026 | Legal Assistant AM | Email and text message to debtor regarding 341 documents and statements needed for hearing | .2 | $15 |
| 4/7/2026 | Attorney EM | Telephone call with debtor preparing for 341, went over file and payments, instructed and walked through Zoom video hearing. | .5 | $175.00 |
| 4/8/2026 | Attorney EM | Attended 341 hearing. Received and reviewed confirmation status. Email to debtor regarding follow up items and confirmation status items. | .5 | $175.00 |
| 5/7/2026 | Legal Assistant SE | Telephone call and email to debtor regarding status of tax filing. Texted debtor to follow up on 2025 tax returns | .4 | $30 |
| 5/13/2026 | Legal Assistant SE | Reached out to debtor via phone, email, and text message to follow up regarding 2025 tax returns | .2 | $15 |
| 6/8/2026 | Legal Assistant | Spoke with debtor about the status of the taxes. | .3 | $22.50 |

| | | | | |
|---|---|---|---|---|
| | SE | Debtor is in the hospital and should have the taxes sometime within the next week | | |
| 6/17/2026 | Paralegal AR | Amended schedules I and J to reflect debtor's updated income. Still waiting on 2025 taxes to be filed to fix the IRS proof of claim | .5 | $87.50 |
| 7/3/2026 | Legal Assistant SE | Received copy of debtor's tax extension, saved to file | .2 | $15 |
| 8/26/2026 | Legal Assistant SE | Followed up with debtor by email regarding missing taxes | .2 | $15 |
| 9/2/2026 | Paralegal AR | Received and reviewed Trustee's dismissal motion. Email to debtor regarding the same | .2 | $35 |
| 9/18/2026 | Paralegal AR | Case dismissed - notification to debtor | .1 | $0 |
| | | | | |

| **Totals** | | time | rate | total |
|---|---|---|---|---|
| | Attorney | 2.2 | x$350.00/hr= | $770 |
| | Paralegal | 3.9 | x$175.00/hr= | $682.50 |
| | Legal Assistant | 2.0 | x$75/hr= | $150 |
| | Filing Fee | (expense) | $313 | $313 |
| | Credit Counseling | (expense) | $15 | $15 |
| | | | **TOTAL =** | **$1,930.50** |

Attorneys: EM - Ethan Mustonen; SAJ - Sarah A. Juberian

Paralegal: AR - Al Rodriguez

Legal Assistant: JA - Joe Acuna; AM - Annie Mena; SE - Sue Ellen

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Alramahi, Kirsten,

Case No.: 26-40757

Debtor(s).

Chapter 13 Case

## VERIFICATION

I, Sarah Juberian, declare under penalty of perjury that I have read the foregoing documents and that they are true and correct to the best of my knowledge, information and belief.

Dated: 09/24/2026

X Sarah Juberian

Sarah Juberian
Attorney Bar. No.: 0506066
4355 Nicollet Avenue South
Minneapolis, MN 55409
T: (612) 824-4357
sarah@bankruptcytruth.com

Attorneys for Debtor(s).

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Alramahi, Kirsten,

Case No.: 26-40757

Debtor(s).

Chapter 13 Case

## ORDER APPROVING COMPENSATION

This case came before the Court on the Motion for Compensation by Attorney for the debtor(s) in this Chapter 13 Case. Appearances, if any, were noted on the record. Based on the application and the file, record, and proceedings herein—

**IT IS ORDERED:**

1. Movant is awarded $1,602.50 for total compensation and $313.00 for reimbursement of expenses.

2. If no plan is confirmed, authorizing the Chapter 13 Trustee to disburse to movant from funds on hand, funds in the amount of the fees and expenses allowed there under.

BY THE COURT:

Dated:

X

William J. Fisher
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Alramahi, Kirsten,

Case No.: 26-40757

Debtor(s).

Chapter 13 Case

---

**CERTIFICATE OF SERVICE**

---

I, Sarah Juberian, declare under penalty of perjury that on 9/24/2026, I either mailed by first class mail, postage-prepaid or electronically sent through CM/ECF copies of the foregoing Notice and Application for Compensation to each entity named below at the corresponding addresses:

United States Trustee
1015 United States Courthouse
300 South 4th Street
Minneapolis, MN 55415

Gregory Burrell
100 South 5th St. No. 480
Minneapolis, MN 55402

Kirsten Alramahi
PO Box 23342
Richfield, MN 55423

And the other creditors on the attached matrix.

Dated: 09/24/2026

X Sarah Juberian

Sarah Juberian, # 0506066
4355 Nicollet Avenue South
Minneapolis, MN 55409
T: (612) 824-4357
sarah@bankruptcytruth.com

Label Matrix for local noticing
0864-4
Case 26-40757
District of Minnesota
Minneapolis
Thu Sep 24 14:04:59 CDT 2026

Minneapolis
301 Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

AT&T
c/o Bankruptcy
2270 Lakeside Blvd Fl 7
Richardson, TX 75082-4304

Afterpay
1955 Broadway Ste 204
Oakland, CA 94612-2205

(p)ALLIANT CAPITAL MANAGEMENT HDH
ATTN C/O WEINSTEIN & RILEY P S
1415 WESTERN AVE
SUITE #700
SEATTLE WA 98101-2051

Aspire Credit Card
Account Services
Po Box 105555
Atlanta, GA 30348-5555

Brandon S. Lefkowitz
29777 Telegraph Road, Suite 2440
Southfield, MI 48034-7667

Capital One
Salt Lake City
PO Box 30253
Salt Lake City, UT 84130-0253

Capital One Auto Finance
Po Box 261930
Plano, TX 75026-1930

Capital One Auto Finance, a division of Capi
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Centennial Lakes Medical Building
7373 France Ave. S., Suite 602
Minneapolis, MN 55435-4552

(p)CENTERPOINT ENERGY
PO BOX 1700
HOUSTON TX 77251-1700

Cmre Financial Services, Inc.
PO Box 631893
Cincinnati, OH 45263-1893

Concora Credit
PO Box 4477
Beaverton, OR 97076-4401

Dr. Michael Joyce, DPM
2680 Snelling Ave N Ste 260
Saint Paul, MN 55113-1883

Emergency Physicians (EPPA)
Po Box 856561
Minneapolis, MN 55485-6561

FEB Destiny
Po Box 4499
Beaverton, OR 97076-4499

FEB/OPPLOANS
130 E Randolph St Ste 3400
Chicago, IL 60601-6379

FinWise Bank
c/o Opportunity Financial, LLC
P.O. Box 5040
Fredericksburg, VA 22403-0640

First Premier Bank
Correspondence
Po Box 5524
Sioux Falls, SD 57117-5524

First Source Advantage LLC
Attn: Bankruptcy
205 Bryant Woods South
Amherst, NY 14228-3609

GREEN DOT BANK
P.O. Box 1070
West Chester, OH 45071-1070

Genesis FS Card Services
PO Box 4477
Beaverton, OR 97076-4401

HSBC
PO Box 2013
Buffalo, NY 14240-2013

Huntington National Bank
Po Box 1558
Columbus, OH 43216-1558

Indigo Credit Card
Po Box 4477
Beaverton, OR 97076-4401

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems LLC
PO Box 7999 St. Cloud MN 56302-9617

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)KLARNA INC
ATTN BANKRUPTCY
PO BOX 8116
COLUMBUS OH 43201-0116

LVNV Funding LLC
PO Box 10584
Greenville, SC 29603-0584

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M Health Fairview Emergency
799 Reaney Ave
Saint Paul, MN 55106-4412

MN Deed
332 Minnesota Street Suite E200
Saint Paul, MN 55101-1349

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midwest Radiology
2800 University Ave Se Ste 210
Minneapolis, MN 55414

Minnesota Department of Revenue
551 Bkcy Section
Po Box 64447
Saint Paul, MN 55164-0447

NCB Management Services
1 Allied Drive
Trevose, PA 19053-6945

NORDSTROM/TD BANK
Po Box 6555
Englewood, CO 80155-6555

One Southdale Place
Property management
6800 York Ave S
Minneapolis, MN 55435-2513

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Payday America
181 S River Ridge Cir
Burnsville, MN 55337-1627

Pinnacle Dermatology
4725 36th Ave N
Minneapolis, MN 55422-2169

Purchasing Power, LLC
2727 Paces Ferry Rd SE
Bldg.2, Ste 1200
Atlanta, GA 30339-6199

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA 98083-0788

RCB Collection
Range Credit Bureau Collection
310 E Howard St
Hibbing, MN 55746-1746

Radius Global Solutions LLC
6000 Lombardo Ctr Ste 100
Seven Hills, OH 44131-6906

Resurgence Capital LLC
3000 Lakeside Dr Ste 309s
Bannockburn, IL 60015-1249

(p)RIVERVIEW LAW OFFICE PLLC
225 NORTH BENTON DRIVE SUITE 209
P O BOX 570
SAUK RAPIDS MN 56379-0570

Rya Apartments, LLC
Property Management
6300 Richfield Parkway
Minneapolis, MN 55423-6404

Shafer Law Firm
2000 Riveredge Pkwy Ste 590
Atlanta, GA 30328-4618

Sholom Nursing Home
730 Kay Ave
Saint Paul, MN 55102-6021

State of Minnesota, Department of Revenue
PO Box 64447 - BKY
St Paul, MN 55164-0447

TBOM/Aspire
PO Box 105555
Atlanta, GA 30348-5555

The Huntington National Bank
PO Box 89424
OPC856
Cleveland, OH 44101-6424

TrueAccord
16011 College Blvd Ste 130
Lenexa, KS 66219-9877

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

(p)USCB INC
ATTN ADMIN
355 S GRAND AVENUE 32ND FLOOR
LOS ANGELES CA 90071-1550

United States Trustee
300 S 4th St Ste 1015
Minneapolis, MN 55415-3070

Verizon
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

Verizon Wireless
Bankruptcy Administration
PO Box 3397
Bloomington, IL 61702-3397

Walker & Walker Law Offices, PLLC
4356 Nicollet Ave
Minneapolis, MN 55409-2033

Xcel Energy
Attn: Bankruptcy Dept
414 Nicollet Mall
3115 Centre Pointe Dr
Minneapolis, MN 55401

(p)XCEL ENERGY
ATTN BANKUPTCY DEPARTMENT
414 NICOLLET MALL
MINNEAPOLIS 55401-1993

Ethan J. Mustonen
Walker & Walker Law Offices PLLC
4356 Nicollet Ave. S.
Minneapolis, MN 55409-2033

Gregory A Burrell
100 South Fifth Street
Suite 480
Minneapolis, MN 55402-1250

Kirsten Loberg Alramahi
Po Box 23342
Richfield, MN 55423-0342

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alliant Capital Management - HDH
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602

CenterPoint Energy
PO Box 1700
Houston, TX 77251-9857

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-

Klarna INC
629 N High St Fl 300
Columbus, OH 43215-2929

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Riverview Law Office PLLC
225 N. Benton DR
PO Box 570 Suite 209
Sauk Rapids, MN 56379

USCB America
355 S Grand Ave 3200 Box 306
Los Angeles, CA 90071-1560

Xcel Energy
Attn: Correspondence Team
Po Box 8
Eau Claire, WI 54702-0008

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 67 |
| Bypassed recipients | 0 |
| Total | 67 |